# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WALTER RYBCZYK,<br><br>      Plaintiff,<br><br>      v.<br><br>PLYMOUTH COUNTY CORRECTIONAL FACILITY, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No.<br>)   15-10036-FDS<br>)<br>)<br>)<br>) |

## ORDER

**SAYLOR, J.**

On August 17, 2015, Magistrate Judge Dein issued an order in which she directed the plaintiff to show cause why this action should not be dismissed pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief can be granted. Judge Dein warned the plaintiff that failure to respond within thirty-five days could result in dismissal of the action.

The time for complying with Judge Dein's show cause order has expired without any response for the plaintiff. Accordingly, for the reasons set forth in Judge Dein's August 17, 2015 order, the Court orders that this action be dismissed.

**So Ordered.**

Dated:  October 2, 2015

/s/ F. Dennis Saylor  
F. Dennis Saylor IV  
United States District Judge